UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:26-cr-*157-mmH-SJH*
18 U.S.C. § 2251(a)
18 U.S.C. § 2422(b)
18 U.S.C. §2260A

AARON SCOTT GIMLIN

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
**(Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity)**

From on or about April 28, 2026, through on or about May 5, 2026, in the

Middle District of Florida, and elsewhere, the defendant,

## AARON SCOTT GIMLIN,

using a facility and means of interstate commerce, did knowingly attempt to

persuade, induce, entice, and coerce an individual, who the defendant believed had

not attained the age of 18 years, to engage in sexual activity for which any person

could be charged with a criminal offense, specifically: production of child

pornography, in violation of 18 U.S.C. § 2251(a).

In violation of 18 U.S.C. § 2422(b).

## COUNT TWO
**(Attempted Production of Child Pornography)**

On or about May 5, 2026, in the Middle District of Florida, and elsewhere, the

defendant,

AARON SCOTT GIMLIN,

did attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT THREE
### (Violation of 18 U.S.C. § 2422 or § 2251 by a Registered Sex Offender)

The Grand Jury further alleges that defendant,

AARON SCOTT GIMLIN,

committed the felony offenses involving a minor under 18 U.S.C. § 2422, as alleged in Count One above, and under 18 U.S.C. § 2251, as alleged in Count Two above, Counts One and Two being incorporated by reference, at a time that he was required to register as a sex offender under the laws of the State of Washington.

In violation of 18 U.S.C. § 2260A.

## FORFEITURE

1.      The allegations contained in Counts One through Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 2253 and 2428.

2.      Upon conviction of a violation of 18 U.S.C. § 2422(b), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428:

2

a. any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

b. any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

3. Upon conviction of a violation of 18 U.S.C. § 2251(a), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

3

b.     has been transferred or sold to, or deposited with, a third person;

c.     has been placed beyond the jurisdiction of the Court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be

subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
LAURA COFER TAYLOR
Assistant United States Attorney

By: _____
RACHEL LASRY
Assistant United States Attorney
Deputy Chief, Jacksonville Division

4

FORM OBD-34
7/21/26 Revised

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

AARON SCOTT GIMLIN

INDICTMENT

Violations:  Ct. 1: 18 U.S.C. § 2422(b)
Ct. 2: 18 U.S.C. § 2251(a) and (e)
Ct. 3: 18 U.S.C. § 2260A

A true bill,

_____
                        Foreperson

Filed in open court this _22nd_ day

of July, 2026.

_____
                        Clerk

Bail   $_____

GPO 863 525