

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 3:26-cr-157-MMH-SJH

AARON SCOTT GIMLIN


## MOTION FOR CAPIAS

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, moves this Court to issue a capias for Aaron Scott

Gimlin, against whom an indictment was returned in the Jacksonville Division of the

Middle District of Florida.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: _____
LAURA COFER TAYLOR
Assistant United States Attorney
USA NO. 170
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:  (904) 301-6300
Facsimile:   (904) 301-6310
E-mail: laura.taylor@usdoj.gov